Lunde and Buswell, Inc., appellant, v. Tremont Motors, Inc., appellee. Gen. No. 40,462.

Opinion filed April 10, 1939.
Howard E. De Long, for appellant; E. C. Frank Meier, of counsel. Freeman & Freeman, for appellee; Earl Freeman, of counsel.
Mr. Justice Matchett delivered the opinion of the court.

Chicago Title and Trust Company, complainant, v. Max Astrahan et al., defendants. Norman M. Mertes, appellee, v. Gertrude Levine, appellant. Gen. No. 40,478.

Opinion filed April 10, 1939.
Meyer W. Rosin and Landis, Landis & Landis, for appellant; Alvin Landis, of counsel. Robert B. Shapiro, for appellee; Sidney C. Nierman, of counsel.
Mr. Justice Matchett delivered the opinion of the court.

Arthur L. Pellegrini, appellee, v. William A. Bredenbeck, appellant. Gen. No. 40,330.

Opinion filed April 10, 1939. Rehearing denied April 24, 1939.
James A. Dayton, for appellant. Reuben Stiglitz, for appellee.
Mr. Justice O'Connor delivered the opinion of the court.

Richard Allan Dillman, minor, by Willis E. Dillman, his father and next friend, appellant, v. Consumers Sanitary Coffee and Butter Stores, appellee. Gen. No. 40,351.

Opinion filed April 10, 1939. Rehearing denied April 24, 1939.
Royal W. Irwin, for appellant. John A. Bloomingston, for appellee.
Mr. Justice O'Connor delivered the opinion of the court.

Brenda Holter, appellee, v. Forest Webb Holter, appellant. Gen. Nos. 40,379, 40,563.